No. 73–1395.   UNITED STATES *v.* WILSON.   C. A. 3d Cir.   Certiorari granted and case set for oral argument with No. 73–1513 [immediately *infra*].

No. 73–1513.   UNITED STATES *v.* JENKINS.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted and case set for oral argument with No. 73–1395 [immediately *supra*].

No. 72–1404.   CAPERS ET AL. *v.* CUYAHOGA COUNTY BOARD OF ELECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 72–1475.   UNITED STATES *v.* ROBERTS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 73–170.   CRENSHAW COUNTY PRIVATE SCHOOL FOUNDATION, DBA CRENSHAW CHRISTIAN ACADEMY *v.* SIMON, SECRETARY OF THE TREASURY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–801.   SMITH *v.* LOSEE ET AL.   C. A. 10th Cir. Certiorari denied.

No. 73–888.   SELLERS ET AL. *v.* UNITED STATES; and
No. 73–889.   CARR *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 73–933.   PARSONS ET AL. *v.* KNOPP ET UX.   Sup. Ct. App. W. Va.   Certiorari denied.